

FILED

OCT - 2 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

ALEJANDRA LYNN RODRIGUEZ
Defendant

CASE NO. 12cr4356-L

JUDGMENT AND ORDER OF DISMISSAL OF
INFORMATION, EXONERATE BOND AND
RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with

prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED:  10/2/13

HONORABLE WILLIAM McCURINE, Jr.
United States Magistrate Judge